

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-23-00395-CV
_____

IN THE INTEREST OF J.T.E., A CHILD

On Appeal from the 433rd District Court
Comal County, Texas
Trial Court No. C2020-0254D, Honorable Deborah Wigington, Presiding

November 30, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, John Wyatt Holliday, proceeding pro se, filed a notice of appeal from the trial court's *Order Holding Respondent in Contempt for Failure to Pay Child Support Order, Granting Judgment for Arrearages* without paying the requisite filing fee.[1] By letter of October 30, 2023, the Clerk of this Court notified Holliday that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by November 9 would result in dismissal of

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

the appeal.  To date, Holliday has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Holliday has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam